**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

JON MILLS,                                                                                                     PLAINTIFF
ADC #86911

v.                                                       No. 4:11CV00169-JLH

MIKE BEEBE, Governor of
Arkansas, *et al*.                                                                                          DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITH PREJUDICE. Dismissal of this action constitutes a "strike" for the purposes of 28 U.S.C. § 1915(g). Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Memorandum and Order would not be taken in good faith.

DATED this 11th day of March, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE